An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMY MARIE GRAY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61096

**FILED**

MAY 2 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On December 31, 2012, this court entered an order directing appellant to file her request for leave to proceed in forma pauperis in the district court. Appellant was also cautioned that her failure to either properly seek leave in the district court or pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or responded to this court's order. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

By: _____

cc:  Hon. Steven E. Jones, District Judge, Family Court Division
Amy Marie Gray
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-14800